IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LANEETA ROBERTS,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| v. | *    Civil Action No.: 2:07-CV-565-MHT |
| | * |
| **PUBLIC SERVICE COMMISSION,** | * |
| et al. | * |
| | * |
|     **Defendant.** | * |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Laneeta Roberts, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Subsequent to the filing of her complaint in intervention, Ms. Roberts received a promotion.

                                            Respectfully submitted,

                                            /s/ Russell W. Adams
                                            Russell W. Adams
                                            Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via e-mail, addressed, to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

This 25th day of October, 2007.

                                              /s/ Russell W. Adams
                                              OF COUNSEL